IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LESTER PASCUAL; OFELIA PASCUAL,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AURORA LOAN SERVICES, LLC; DOES 1-100 inclusive,<br><br>            Defendants.<br>_____ | CIVIL NO. 10-00759-JMS-KSC |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 31, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT AURORA LOAN SERVICES, LLC'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS," docket entry no. 85,

///

///

///

are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, November 21, 2012.



                          /s/ J. Michael Seabright
                          _____
                          J. Michael Seabright
                          United States District Judge

*Pascual v. Aurora Loan Svcs. et al.*, Civ. No. 10-00759 JMS-KSC; Order Adopting Magistrate Judge's Findings and Recommendation